# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VINCENT MARK SANTANA,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:08-CV-00573-KJD-(LRL)

**ORDER**

    Petitioner has submitted an application for certificate of appealability (#50). When the court denied the petition, it determined which issues were appealable. <u>See</u> Order (#47). Nothing in the application (#50) changes the court's determination on the matter.

    IT IS THEREFORE ORDERED that petitioner's application for certificate of appealability (#50) is **DENIED**.

DATED: September 26, 2011

_____
KENT J. DAWSON
United States District Judge