**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VINCENT MARK SANTANA, ) <br> ) <br> Petitioner-Appellant, ) <br> ) <br> vs. ) <br> ) <br> DWIGHT NEVEN and ATTORNEY ) <br> GENERAL OF THE STATE OF NEVADA,) <br> ) <br> Respondents-Appellees. ) <br> _____) | No. 11-17251 <br><br> D.C. No. 2:08-cv-573-KJD <br> District of Nevada <br> Las Vegas <br><br><br> **ORDER** |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit, the Appellant's motion for appointment of counsel in this appeal was granted (#54). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is appointed as counsel under the Criminal Justice Act to represent the Petitioner-Appellant.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointment@ca9.uscourts.gov.

DATED this __12__ day of December, 2011.

_____
KENT J. DAWSON
United States District Judge